**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7825**

---

MAURICE D. BUCKNER,

Plaintiff - Appellant,

versus

KENNETH K. HARPER, individually and in his
official capacity as Deputy Sheriff of Louisa
County; HENRY A. KENNON, individually and in
his official capacity as Sheriff of Louisa
County, Virginia; LOUISA COUNTY ADMINISTRATOR,
individually and in his/her official capacity
as Administrator of Louisa County, Virginia;
DIRECTOR, Albemarle-Charlottesville Joint
Security Complex, individually and in his/her
official capacity as Director; ALBEMARLE-
CHARLOTTESVILLE JOINT SECURITY COMPLEX;
MARGARET MCLEOD CAIN, individually and as
plaintiff's former attorney,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (CA-02-1029-7)

---

Submitted: April 16, 2003            Decided: May 5, 2003

---

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Maurice D. Buckner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice D. Buckner appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim pursuant to 28 U.S.C. § 1915A. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Buckner v. Harper, No. CA-02-1029-7 (W.D. Va. Oct. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED